UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT FESTERMAN,

    Plaintiff,

v.

COUNTY OF WAYNE,

    Defendant.

Case No. 13-cv-11874
Honorable Laurie J. Michelson
Magistrate Judge R. Steven Whalen

## VERDICT FORM

We, at least six members of the jury, find that the following questions should be answered as indicated:

1. Do you find by a preponderance of the evidence that Defendant County of Wayne interfered with Plaintiff Robert Festerman's right to FMLA leave?

    \_\_\_ Yes

    _X_ No

    *If you answered "Yes" to Question No. 1, please proceed to Question No. 2.*

    *If you answered "No" to Question No. 1, please proceed to Question No. 2.*

2. Do you find by a preponderance of the evidence that Defendant County of Wayne retaliated against Plaintiff Robert Festerman for taking FMLA leave?

    \_\_\_ Yes

    _X_ No

    *If you answered "Yes" to Question No. 2, please proceed to Question No. 3.*

    *If you answered "No" to Questions No. 1 and 2, please sign and date the verdict form. You need not answer the remaining questions.*

3. Do you find that Plaintiff Robert Festerman is entitled to damages?

    ___ Yes

    ___ No

*If you answered "Yes" to Question No. 3, please proceed to Question No. 4.*

*If you answered "No" to Questions No. 3, please sign and date the verdict form. You need not answer the remaining question.*

4. What is the amount of damages to which Plaintiff Robert Festerman is entitled?

    $_____ Amount

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

5.3.2016
DATE

2